UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM FENWICK and TIMOTHY FISHER, On Behalf of Themselves and Others Similarly Situated | : |
| Plaintiffs, | : CIVIL ACTION NO.: 306CV880 WWE |
| vs. | : |
| MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ADVEST GROUP, INC., ADVEST, INC., ADVEST, INC. ACCOUNT EXECUTIVE NONQUALIFIED DEFINED BENEFIT PLAN, ADVEST, INC. ACCOUNT EXECUTIVE NONQUALIFIED DEFINED BENEFIT PLAN COMMITTEE, LOU DIMARIA, FRANK PAPARELLA, and KEN POLITI | : March 31, 2008 |
| Defendants. | : |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Advest, Inc. Account Executive Nonqualified Defined Benefit Plan, Advest, Inc. Account Executive Nonqualified Defined Benefit Plan Committee and its members, Lou DiMaria, Frank Paparella, and Ken Politi (collectively, "Defendants") move this Court for summary judgment dismissing the Complaint with prejudice in its entirety. Summary judgment is appropriate because there is no genuine issue as to any material fact, and Defendants are entitled to judgment as a matter of law.

In support of this motion, Defendants rely upon the following documents filed contemporaneous herewith: 1) Defendants' Memorandum of Law in Support of Motion for Summary Judgment; 2) Defendants' Local Rule 56(a)(1) Statement; 3) Declaration of Kenneth Gavsie in Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Class Certification; and 4) Declaration of Glen Dittes in Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Class Certification.

Respectfully submitted,

/s/ _____
Felix J. Springer (ct05700)
fjspringer@daypitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)

Mark A. Jacoby
Kenneth P. Gavsie
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
mark.jacoby@weil.com
kenneth.gavsie@weil.com

Attorneys for Defendants

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that on March 31, 2008 a copy of Defendants' Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Felix J. Springer