# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM FENWICK and TIMOTHY FISHER, On Behalf of Themselves and Others Similarly Situated, | : <br> : <br> :   CIVIL ACTION NO. <br> : <br> :   3:06CV00880 (WWE) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| *Plaintiffs*, | |
| v. | |
| MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ADVEST GROUP, INC., ADVEST, INC., ADVEST, INC. ACCOUNT EXECUTIVE NONQUALIFIED DEFINED BENEFIT PLAN, ADVEST, INC. ACCOUNT EXECUTIVE NONQUALIFIED DEFINED BENEFIT PLAN COMMITTEE, LOU DIMARIA, FRANK PAPARELLA, AND KEN POLITI, | |
| *Defendants*. | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs William Fenwick and Timothy Fisher, by and through their attorneys, respectfully move this Court for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure: (1) ruling that the Account Executive Nonqualified Defined Benefit Plan (the "AE Plan" or the "Plan") does not meet the criteria to be considered a "top hat" plan and, as a result, the Plan violates the Employee Retirement Income Securities Act of 1974, 29 U.S.C. § 1001 *et seq.*; and (2) setting a schedule for the completion of remaining proceedings in this action consistent with its ruling that the AE Plan is not a top hat plan. Additionally, the Plaintiffs' respectfully request that the Court schedule oral argument on their Motion for Partial Summary Judgment.

ORAL ARGUMENT REQUESTED

Plaintiffs' motion is supported by the accompanying memorandum of law, Plaintiffs' Local Rule 56(a)(1) Statement, the Declaration of Richard Rouco in Support of Plaintiffs' Motion for Partial Summary Judgment, and all prior proceedings herein.

Dated:  August 21, 2009

Respectfully Submitted,

By:      /s/ Richard P. Rouco
Richard P. Rouco
Phv02459
**WHATLEY DRAKE & KALLAS, LLC**
P.O. Box 10647
Birmingham, AL  35202-0647
(205) 328-9576

James E. Hartley, Jr.
**DRUBNER & HARTLEY, LLC**
500 Chase Parkway
Waterbury, CT  06708
(203) 753-9291

Charles Hellman
Jennifer Sclar
**DRUBNER & HARTLEY, LLC**
1540 Broadway 37th Floor
New York, NY 10036
(212) 736-2121

Mark Gray
**FRANKLIN, GRAY & WHITE**
The Speed Mansion
505 W. Ormsby Avenue
Louisville, KY  40203
(502) 637-6000

Liam O'Brien
**McCORMICK & O'BRIEN LLP**
42 West 38th Street
New York, NY  10018
(866) 853-0931

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on August 21, 2009, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notification of such filing to all attorneys presently enrolled in this matter.

<u>/s/Richard P. Rouco</u>
Richard P. Rouco
